**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

Hong Kong YoungLink Technology
Limited,

        *Plaintiff,*

v.

Yuxiu Hu,

        *Defendant.*

**Case No. 2:26-cv-2356**

**Complaint for Declaratory
Judgment of Design Patent
Invalidity**

**Jury Trial Demand**

## COMPLAINT

Plaintiff Hong Kong YoungLink Technology Limited ("YoungLink" or "Plaintiff") alleges for its Complaint against Defendant Yuxiu Hu ("Defendant") as follows:

## NATURE OF THE ACTION

1. This is an action for declaratory relief under 28 U.S.C. Sections 2201 and 2202, arising from Defendant's assertion of U.S. Design Patent No. D995,458 S (the "D'458 Patent") against Plaintiff's magnetic push pin products on Amazon.com.

2. Amazon's July 1, 2026 notice states that Amazon received a report from a rights owner alleging that one or more of the relevant listings may infringe

-1-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

intellectual property rights. The notice identifies the patent as D995458S, the infringement type as Patent, and Complaint ID 20950924811, and states that Amazon took action to remove material from Amazon. On information and belief, the report was submitted by Defendant or by someone acting for Defendant.

3. The claimed design is not new. A materially similar magnetic push pin design was registered in Europe in March 2019, and substantially similar magnetic push pin products appeared in Amazon product and review pages in 2019 and 2021, years before the D'458 Patent's September 2, 2022 filing date. Plaintiff seeks a declaration that the D'458 Patent is invalid and relief removing the cloud over Plaintiff's listings, including withdrawal of the Amazon complaint.

## THE PARTIES

4. Plaintiff Hong Kong YoungLink Technology Limited a/k/a Hong Kong Yangling Technology Co Ltd is a Hong Kong private company, company number 2464698, with its office at Workshop 732, 7/F, Prince Industrial Building, 706 Prince Edward Road East, Kowloon, Hong Kong. Plaintiff sells magnetic push pin products on Amazon.com.

5. On information and belief, Defendant Yuxiu Hu is an individual residing in Ningbo, China. Yuxiu Hu is the applicant and inventor named on the face of the D'458 Patent.

## JURISDICTION AND VENUE

6. This Court has subject-matter jurisdiction under 28 U.S.C. Sections 1331 and 1338(a), and declaratory-judgment jurisdiction under 28 U.S.C. Sections 2201 and 2202.

7. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant purposefully directed patent-enforcement activity

-2-

COMPLAINT FOR DECLARATORY JUDGMENT

at this forum: Defendant or Defendant's agent submitted an infringement complaint to Amazon, which maintains substantial operations in Seattle, Washington, intending that Amazon act on the complaint, and Amazon removed or suppressed the listings. Each claim in this action arises out of that conduct.

8. The controversy is real and immediate: Amazon has removed listing content, made inventory unavailable for sale, closed open purchase orders, and warned of further action absent a retraction or successful appeal.

9. Venue is proper under 28 U.S.C. Section 1391 because Defendant is not a resident of the United States and may be sued in any judicial district, and because a substantial part of the events occurred in or were directed at this District. Assignment to the Seattle division is proper because the relevant Amazon conduct is connected to King County, Washington.

## FACTUAL ALLEGATIONS

10. The D'458 Patent, titled "Magnet," issued on August 15, 2023 from application No. 29/852,021, filed September 2, 2022. A copy is attached as Exhibit A.

11. The D'458 Patent contains one design claim: "The ornamental design for a magnet, as shown and described." Its drawings show a metallic magnetic push pin with a cylindrical magnetic base, a narrowed neck, and a rounded head.

-3-

COMPLAINT FOR DECLARATORY JUDGMENT

*Figure 1: U.S. Design Patent No. D995,458 S, FIG. 1 (perspective view).*

12. The face of the D'458 Patent cites prior design patents and an Amazon product publication for a 20-pack of metallic or black magnetic push-pin refrigerator magnets, identified by ASIN B09N953WSR and dated January 13, 2022.

13. More than three years before the D'458 Patent's filing date, EUIPO Registered Community Design No. 006335592-0001 for "Magnets" was registered on March 26, 2019 and published on March 28, 2019. It depicts a materially similar design with a cylindrical magnetic base, a narrowed neck, and a rounded head. A copy of the EUIPO certificate is attached as Exhibit C.

-4-

COMPLAINT FOR DECLARATORY JUDGMENT



*Figure 2: EUIPO Registered Community Design No. 006335592-0001, view 0001.1, registered March 26, 2019 and published March 28, 2019.*

14. Amazon review pages produced by Plaintiff show substantially similar silver magnetic push pins publicly sold and reviewed in the United States before the filing date. A review titled "Strong and sleek looking," posted December 12, 2019, described a VNDUEEY silver 16-pack as sturdy, easy to grab, and strong. A copy is attached as Exhibit D.

## Customer Review

 Mark Aaserud

**Strong and sleek looking.**

Reviewed in the United States on December 12, 2019

Color: Silver    Size: 16 Pack    **Verified Purchase**    **Early Reviewer Rewards**

These work great. Sturdy. Easy to grab. Holds strong. Small enough to not get in the way of photos,



( Helpful )    Report

*Figure 3: Amazon customer review of the VNDUEEY 16-pack silver magnetic push pins, posted in the United States on December 12, 2019.*

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

15. Another Amazon review titled "Very, very good magnets!," posted August 20, 2021, reviewed a VNDUEEY silver 16-pack, referenced photographs comparing magnets, and described the magnet underneath. A copy is attached as Exhibit E.

## Customer Review

 Vcm

**Very, very good magnets!**
Reviewed in the United States on August 20, 2021
Color: Silver    Size: 16 Pack    **Verified Purchase**

Excuse my 16 year old scratched up fridge while I review these thumb tacks, but man, the strength these suckas keep getting better'n better every time I need a new stash for the fridge. These things —especially this pack is so strong that even kids 5 and under won't be able to rip them off for use as a little plaything that my vacuum hates to eat.

I have pictured here some that I've used over the years from weakest to strongest, going from left to right. Comparing the colored ones to these metal ones, this pack is the clear winner in my testings. I put up 10 pieces of copy paper with just one of these bad boys, and then tossed the door back and forth; It held without moving or sliding down! The magnet underneath is also much bigger than the the ones I've purchased in the past. It also just feels smoother and nicer to the touch, and has a tad bit more better weight to it.



3 people found this helpful

( Helpful )      Report

*Figure 4: Amazon customer review "Very, very good magnets!", posted in the United States on August 20, 2021.*

16. These prior designs and public disclosures create the same overall visual impression as the D'458 Patent to an ordinary observer familiar with the prior art, or render any differences between the claimed design and the prior designs obvious.

-6-

COMPLAINT FOR DECLARATORY JUDGMENT



D'458 Patent, FIG. 1 (2022)                    EUIPO RCD 006335592-0001 (2019)

*Figure 5: Side-by-side comparison of the D'458 Patent design (left) and the EUIPO design registered more than three years before the D'458 Patent's filing date (right).*

17. To the extent Defendant relies on features such as a magnetic base, a graspable head, a smooth metal finish, or proportions tied to grip and magnetic function, those features were already present in the prior art or are functional rather than ornamental.

18. On July 1, 2026, Amazon notified Plaintiff that a rights owner had reported Plaintiff's listings for patent infringement, that Amazon had "taken action to remove the material from Amazon," that fulfillment inventory for the affected ASINs was no longer available for sale, and that open purchase orders had been closed. A copy of the notice is attached as Exhibit B.

19. The notice identifies the infringement type as "Patent," the patent number as "D995458S," Complaint ID 20950924811, and the rights owner details as "patentlegal" (patentlegal@protonmail.com). It lists fifteen affected ASINs: B0GFSNCJSP, B0GQGTQVRB, B0GH75ST4Y, B0GQH1K4RP, B0GH77MLPN, B0GH7CSWCH, B0GQGSTMZY, B0GH6YKMNK, B0GQGPYFYY, B0GH7CK3FB,

-7-

COMPLAINT FOR DECLARATORY JUDGMENT

B0GQGSKMKT, B0G4DB8VDV, B0GQH1N6C9, B0G4DDX4RD, and B0G4D8K8HW.

20. Defendant's Amazon complaint has caused and continues to cause concrete harm: removed listings, lost sales, closed purchase orders, and blocked inventory at risk of return or disposal at Plaintiff's expense, plus damage to Plaintiff's Amazon account health. Absent relief, Plaintiff faces continuing disruption and repeated enforcement against the same products.

## COUNT I
### (Declaratory Judgment of Invalidity of U.S. Design Patent No. D995,458)

21. Plaintiff incorporates by reference the preceding paragraphs.

22. An actual controversy exists between Plaintiff and Defendant over whether the D'458 Patent is valid and enforceable against Plaintiff's products and Amazon listings.

23. The D'458 Patent is invalid under 35 U.S.C. Section 102 because the claimed design was anticipated by prior art, including at least the 2019 EUIPO registered design and the earlier public sales and disclosures of substantially the same magnetic push pin design.

24. The D'458 Patent is invalid under 35 U.S.C. Section 103 because the claimed design would have been obvious to an ordinary designer for articles of the type involved in view of the prior art, including the 2019 EUIPO design, the 2019 and 2021 Amazon disclosures, and the references on the patent's face.

25. The D'458 Patent is invalid under 35 U.S.C. Section 171 to the extent it claims functional or conventional features rather than a new, original, and ornamental design.

-8-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

26. Plaintiff is entitled to a declaration that the D'458 Patent is invalid and that Defendant may not rely on it to maintain Amazon Complaint ID 20950924811 or related complaints against Plaintiff's ASINs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and grant the following relief:

A. A declaration that U.S. Design Patent No. D995,458 S is invalid;

B. A declaration that Defendant and those acting in concert with Defendant may not rely on the D'458 Patent to maintain Amazon Complaint ID 20950924811 or any related complaint against Plaintiff's identified ASINs;

C. An order requiring Defendant and any agents or persons acting in concert with Defendant to withdraw or retract the Amazon complaint based on the D'458 Patent against Plaintiff's identified ASINs;

D. Preliminary and permanent injunctive relief prohibiting Defendant and persons acting in concert with Defendant from asserting the D'458 Patent against Plaintiff's identified ASINs or materially similar products through Amazon's intellectual property complaint systems;

E. An award of Plaintiff's costs and, if this case is found exceptional, attorney fees under 35 U.S.C. Section 285 or other applicable authority;

F. Such other and further relief as the Court deems just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

Dated: July 6, 2026                    Respectfully submitted,

                                       /s/ Ruoting Men
                                       Ruoting Men, Esq. (WSBA No. 63842)
                                       GLACIER LAW LLP
                                       506 Second Avenue, Suite 1516
                                       Seattle, WA 98104
                                       ruoting.men@glacier.law
                                       Tel: (212) 729-5049

                                       ***Counsel for Plaintiff***
                                       ***Hong Kong YoungLink Technology***
                                       ***Limited***

-10-

COMPLAINT FOR DECLARATORY JUDGMENT